UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM PANTOJA,<br><br>　　　　　Petitioner,<br>　　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　Respondents. | CASE NO. C25-2440JLR<br><br>ORDER |

Before the court is Petitioner William Pantoja's motion to appoint the Office of the Federal Public Defender for the Western District of Washington to represent him with respect to his 28 U.S.C. § 2241 petition for writ of habeas corpus. (Mot. (Dkt. # 2).) Mr. Pantoja seeks release from immigration detention because removal to Cuba, his former country of residence, is not reasonably foreseeable. (*See* Petition (Dkt. # 1) at 3-4.) Being fully advised, the court GRANTS Mr. Pantoja's motion and appoints the

//

//

ORDER - 1

Office of the Federal Public Defender for the Western District of Washington as counsel for Mr. Pantoja in this matter.

Dated this 3rd day of December, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2