HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM PANTOJA,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; CAMMILLA WAMSLEY, Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>    Respondents. | No. CV25-2440-JLR<br><br>~~(PROPOSED)~~ ORDER PROHIBITING TRANSFER OR REMOVAL DURING PENDENCY OF PROCEEDINGS AND STRIKING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER. |

    THE COURT has considered the stipulation of the parties and finds the following in support of striking the motion for a temporary restraining order as moot.

    This Court provisionally granted Petitioner William Pantoja's motion for a temporary restraining on December 18, 2025, and further directed the parties to meet and confer on a briefing schedule.

    On December 19, 2025, the parties filed a stipulation with Federal Respondents affirming that Mr. Pantoja will neither be removed nor transferred until this Court decides his habeas corpus petition. This stipulation therefore makes the motion for a temporary restraining order moot.

ORDER PROHIBITING TRANSFER OR REMOVAL DURING PENDENCY OF PROCEEDINGS AND STRIKING PETITIONER'S MOTION FOR TRO
(*Pantoja v. Bondi, et al.*, No. CV25-2440-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Accordingly, IT IS ORDERED that the Petitioner Pantoja's motion for a temporary restraining order is stricken as moot. IT IS FURTHER ORDERED, in accordance with the representations by Federal Respondents, that Petitioner shall not be transferred or removed during the pendency of the proceedings.

DONE this 19th day of December 2025.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for William Pantoja

ORDER PROHIBITING TRANSFER OR REMOVAL DURING PENDENCY OF PROCEEDINGS AND STRIKING PETITIONER'S MOTION FOR TRO
(*Pantoja v. Bondi, et al.*, No. CV25-2440-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**